UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RODNEY JONES,

        Plaintiff,

    v.

CITY OF ATLANTIC CITY,

        Defendant.

HONORABLE JOSEPH E. IRENAS

CIVIL ACTION NO. 07-2405
(JEI/JS)

**MEMORANDUM ORDER**

**APPEARANCES:**

SMITH MARCINO & BOWMAN
By:  Andrew M. Smith, Esq.
10 North Chestnut Avenue
Maple Shade, NJ 08052
    Counsel for Plaintiff

RUDERMAN & GLICKMAN
By: Steven Samuel Glickman, Esq.
675 Morris Avenue, Suite 100
Springfield, NJ 07081
    Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Plaintiff Rodney Jones's Motion to Enforce Settlement and Request for Sanctions, and it appearing that:

    1.  Plaintiff filed this Motion to Enforcement Settlement and Request for Sanctions on August 11, 2009.  (Dkt. No. 30) Therein, Plaintiff represents that he and Defendant City of Atlantic City have reached an agreement to settle this matter for a lump sum payment of $24,000.  According to Plaintiff, Defendant has subsequently failed to sign the agreed-upon settlement

agreement, or remit the sum of $24,000.

2. Plaintiff now moves for the Court to enforce the agreed-upon settlement. In addition, Plaintiff seeks sanctions against Defendant in the amount of $1,202.50.

3. On August 12, 2009, the parties appeared before the Court for a telephone conference. During that conference, counsel for Defendant represented that, by Friday, August 21, 2009, the agreed-upon settlement agreement will be signed and a $24,000 check payable to Plaintiff will be prepared.

And for good cause shown;

**IT IS**, on this 12th day of August, 2009,

**ORDERED THAT:**

1. Decision on Plaintiff's Motion to Enforce Settlement and Request for Sanctions is hereby **DEFERRED**.

2. Plaintiff shall inform the Court no later than Monday, August 24, 2009, whether Defendant produced and turned over the above-described settlement agreement and check by Friday, August 21, 2009. Plaintiff shall provide such notice by filing a letter to the electronic docket in this matter.

3. If Plaintiff's electronically filed letter indicates that Defendant did not produce and turn over the above-described settlement agreement and check by Friday, August 21, 2009, then the parties shall appear for a hearing on the pending Motion to Enforce Settlement and Request for Sanctions. Such hearing shall

take place at 10:30 A.M. on Wednesday, August 26, 2009, in Courtroom 1 of the United States Courthouse in Camden, New Jersey.  The parties shall arrange for all pertinent witnesses to be present at the prescribed time and location for the hearing.

_____
JOSEPH E. IRENAS, S.U.S.D.J.